*tin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 11–6303. MILLHOUSE v. ZICKEFOOSE, WARDEN. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition. ▮

No. 11A215. ZENTMYER v. UNITED STATES. Application for certificate of appealability, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 11M26. MOORE v. CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 11M27. TATES v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION;
No. 11M30. EVANS v. UNITED STATES;
No. 11M32. STEINMETZ v. UNITED STATES POSTAL SERVICE ET AL.;
No. 11M33. PENELOPE W. v. DOROTHEA DIX PSYCHIATRIC CENTER; and
No. 11M34. ENDENCIA v. VILLAGE OF STREAMWOOD, ILLINOIS, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M28. ATKINS, ADMINISTRATOR OF THE ESTATE OF ATKINS, DECEASED v. CITY OF CHICAGO, ILLINOIS, ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 11M29. CARTER v. UNITED STATES; and